In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00234-CR
_____

ROBERT MCANDREWS, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

**On Appeal from the County Court at Law**
**Liberty County, Texas**
**Trial Cause No. 100757**

_____

**MEMORANDUM OPINION**

On April 20, 2015, the trial court sentenced Robert McAndrews on a conviction for possession of marijuana. McAndrews filed a notice of appeal on May 21, 2015. The trial court signed a certification in which the court certified that the defendant waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court clerk has provided the trial court's certification to the Court of Appeals. On August 20, 2015, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. The appellant has not

1

filed a response that establishes that the trial court's certification should be amended to state that the defendant has the right of appeal. Because the trial court's certification shows the defendant does not have the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on September 22, 2015
Opinion Delivered September 23, 2015
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.